BRIANT, *Sheriff, etc.*, v. JACKSON, *Administrator, Appellant.*

**Entry Nunc Pro Tunc**: WHEN MADE.   The case of *Hansbrough et al. v. Fudge et al.*, ante, p. 307, affirmed.

*Appeal from   Cass   Circuit   Court.*—HON. J. L. MORRISON, Special Judge.

AFFIRMED.

*Comingo & Slover* with *E. H. Fudge* for appellant.

*C. W. Sloan* with *Boggess & Moore* for respondent.

Hough, C. J.—The plaintiff sues as sheriff, and his right to sue in that capacity depends upon the validity of a certain *nunc pro tunc* order of the circuit court of Cass county, transferring the unfinished business in a certain suit in partition from the hands of Douglass Dale, sheriff of Cass county, to the plaintiff as the successor in office of the said Dale. The validity of said *nunc pro tunc* entry having been affirmed by this court at the present term in the case of *Hansbrough et al. v. Fudge et al., ante*, p. 307, the right of the plaintiff to sue as sheriff is hereby established, and the judgment in this case, which was for the plaintiff, must be affirmed. All the judges concur.